UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

REX ALLEN UMNEY,
        Plaintiff,        Civil Action No.: 14-13328
                                Honorable Matthew F. Leitman
v.                                 Magistrate Judge Elizabeth A. Stafford

COMMUNITY FINANCIAL
MEMBERS FEDERAL CREDIT
UNION,

        Defendant.
_____/

## ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' AFFIRMATIVE DEFENSES [17]

On March 18, 2015, plaintiff Rex Umney filed a response to Defendant's affirmative defenses to his complaint. [17]. However, under the Federal Rules of Civil Procedure, a response to an answer is "allowed" only "if the court orders one." Fed. R. Civ. P. 7(a)(7). The Court did not order Umney to respond to Defendant's affirmative defenses, so his response [17] is hereby **STRICKEN**.

**IT IS SO ORDERED.**

Dated: March 19, 2015                s/Elizabeth A. Stafford
Detroit, Michigan                  ELIZABETH A. STAFFORD
                                              United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 19, 2015.

                                s/Marlena Williams
                                MARLENA WILLIAMS
                                Case Manager