UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

REX ALLEN UMNEY,
        Plaintiffs,        Civil Action No.: 14-13328
                                  Honorable Matthew F. Leitman
v.                                     Magistrate Judge Elizabeth A. Stafford

COMMUNITY FINANCIAL
CREDIT UNION, COMMUNITY
FINANCIAL MEMBERS FEDERAL
CREDIT UNION,

        Defendants.
_____/

**ORDER STRIKING PLAINTIFF'S UNTIMELY REPLY
AND IMPROPER MOTION TO AMEND COMPLAINT [R. 29, 30]**

On March 18, 2015, plaintiff Rex Umney, proceeding *pro se*, filed a motion for preliminary injunction. [R. 18]. Pursuant to the local rules of this District, Defendants' response was due 21 days later, therefore by April 11, 2015 (taking into account Federal Rule of Civil Procedure 6(d)'s three-day extension for mailing), and Umney's reply was due fourteen days after that, therefore by April 28, 2015. E.D. Mich. Local Rule 7.1(e)(1)(B)-(C). Umney filed his reply on May 18, 2015, without requesting leave to extend the time for filing. [R. 29]. As such, the Court **STRIKES** Umney's out-of-time reply. **[R. 29].**

      The Court further strikes Umney's motion to amend, filed on the same

day. [R. 30]. Local Rule 15.1 requires a party moving to amend his complaint to "attach the proposed amended pleading to the motion." E.D. Mich. Local Rule 15.1. Umney has not complied with this rule. Nor can the Court glean what amendments he proposes to make; his motion simply states that after receiving "a voluntary packet of discovery information from Defendant, [Umney] has found several documents that will allow for a more concise pleading of this case." [R. 30, PgID 177]. He attaches these documents to his motion without citing their relevance to his unspecified proposed amendments. [*Id.*, PgID 180-228]. Thus, Umney has failed to comply with the local rules and his motion to amend **[R. 30]** is **STRICKEN**.

**IT IS SO ORDERED.**

Dated: May 19, 2015          s/Elizabeth A. Stafford
Detroit, Michigan            ELIZABETH A. STAFFORD
                             United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 19, 2015.

s/Marlena Williams  
MARLENA WILLIAMS  
Case Manager