UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

REX ALLEN UMNEY,
        Plaintiffs,        Civil Action No.: 14-13328
                                     Honorable Matthew F. Leitman
v.                                       Magistrate Judge Elizabeth A. Stafford

COMMUNITY FINANCIAL
CREDIT UNION, COMMUNITY
FINANCIAL MEMBERS FEDERAL
CREDIT UNION,

        Defendants.
_____/

**ORDER DENYING MOTION TO EXTEND
AND COMPEL DISCOVERY AS MOOT [R. 28]**

Plaintiff Rex Umney has moved to extend and compel discovery, stating only that he has sought discovery and deposition dates from defense counsel verbally and via email. Because this Court has recommended that the defendants' motion for judgment on the pleadings be granted, [R. 46], Umney's motion to extend and compel **[R. 28]** is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: July 22, 2015                        s/Elizabeth A. Stafford
Detroit, Michigan                        ELIZABETH A. STAFFORD
                                                  United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 22, 2015.

                s/Marlena Williams
                MARLENA WILLIAMS
                Case Manager